# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ADAM JONES,<br><br>  Plaintiff,<br><br>  v.<br><br>TAHOE TRUCKEE VACATION PROPERTIES, INC., a California Corporation; FINEST LUXURY ENTERPRISES, INC., a Florida Corporation and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No. 2:24-cv-02560-TLN-CKD<br><br>**ORDER PURUSANT TO EASTERN DISTRICT LOCAL RULE 144(c)**<br><br>Complaint Filed : 9/23/2024 |

Upon the stipulated application executed on October 15, 2024, and good cause appearing therefore, it is

ORDERED, pursuant to Fed. R. Civ. P. 6 and Local Rule 144(a), that the time of Defendant to answer or otherwise respond to the Complaint is extended for a period of twenty-eight (28) days from the date October 15, 2024.

Let service of a copy of this order upon Plaintiff and Defendant TAHOE TRUCKEE VACATION PROPERTIES, INC., on or before the 18th of October 2024 be deemed sufficient.

IT IS SO ORDERED.

DATED: October 16, 2024

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

1
ORDER PURUSANT TO EASTERN DISTRICT LOCAL RULE 144(a)